1    ARTURO J. GONZALEZ (CA SBN 121490)
     AGonzalez@mofo.com
2    SHAELYN K. DAWSON (CA SBN 288278)
     ShaelynDawson@mofo.com
3    DAVID J. WIENER (CA SBN 291659)
     DWiener@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000
6
     Attorneys for Plaintiffs
7    CARLOS HERRERA AND ANNA HERRERA

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11   CARLOS HERRERA AND ANNA HERRERA,           Case No.    1:18-cv-01297-AWI-EPG

12                   Plaintiffs,                **NOTICE OF WITHDRAWAL OF
                                                D. KRUZE**
13          v.

14   COUNTY OF FRESNO, FRESNO COUNTY
     SHERIFF'S OFFICE, AND DOES 1 THROUGH
15   20,

16                   Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Morrison & Foerster LLP, counsel for Plaintiffs, Carlos and Anna Herrera, respectfully withdraws the appearance of Diana B. Kruze in the above-captioned matter.  No other attorney is withdrawing via this notice.  Arturo Gonzalez, Shaelyn Dawson and David Wiener of Morrison & Foerster LLP, will remain as counsel for Plaintiffs.

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs respectfully request that Ms. Kruze's name be removed from all service lists, and that electronic notification to her e-mail address at DKruze@mofo.com be discontinued with regard to this case via the Court's ECF system and any other noticing lists.

Dated:        May 24, 2019            ARTURO J. GONZALEZ
                                      DIANA KRUZE
                                      SHAELYN K. DAWSON
                                      DAVID J. WIENER
                                      MORRISON & FOERSTER LLP


                                      By:    /s/ Diana Kruze


                                      Attorneys for Plaintiffs
                                      CARLOS HERRERA AND ANNA
                                      HERRERA