ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
SHAELYN DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARLOS HERRERA AND ANNA HERRERA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S OFFICE, AND DOES 1 THROUGH 20,<br><br>　　　　Defendants. | Case No.  1-18-CV-01297-AWI-EPG<br><br>**NOTICE OF APPEARANCE OF CAMILA A. TAPERNOUX**<br><br>Trial:  January 12, 2021 |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Camila A. Tapernoux of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Plaintiffs Carlos Herrera and Anna Herrera in the above-referenced action. The Court and counsel for Defendants are respectfully requested to add Camila A. Tapernoux to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Camila A. Tapernoux
> **Morrison & Foerster LLP**
> 425 Market Street
> San Francisco, CA 94105
> CTapernoux@mofo.com

Camila A. Tapernoux is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Eastern District of California.

Dated: July 8, 2019

ARTURO J. GONZÁLEZ
SHAELYN DAWSON
DAVID J. WIENER
CAMILA A. TAPERNOUX
MORRISON & FOERSTER LLP


By: _____/s/ Camila A. Tapernoux_____
    CAMILA A. TAPERNOUX

Attorneys for Plaintiff