ARTURO J. GONZÁLEZ (Bar No. 121490)
AGonzalez@mofo.com
ALEXIS A. AMEZCUA (Bar No. 247507)
AAmezcua@mofo.com
SHAELYN DAWSON (Bar No. 288278)
ShaelynDawson@mofo.com
DAVID J. WIENER (Bar No. 291659)
DWiener@mofo.com
CAMILA A. TAPERNOUX (Bar No. 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs

JAMES D. WEAKLEY (Bar No. 082853)
Jim@walaw-fresno.com
JAMES J. ARENDT (Bar No. 142937)
James@walaw-fresno.com
WEAKLEY & ARENDT
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559.221.5256
Facsimile: 559.221.5262

Attorneys for Defendant
County of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>  Defendants. | CASE NO. 1:18-cv-01297-AWI-EPG<br><br>JOINT MID-DISCOVERY STATUS CONFERENCE REPORT<br><br>Mid-Discovery Status Conf.: August 12, 2019<br>Trial: January 12, 2021 |

Pursuant to the Court's February 22, 2019 Scheduling Conference Order, Plaintiffs Carlos Herrera and Anna Herrera and Defendants County of Fresno and Fresno County Sheriff's Office respectfully submit this Joint Mid-Discovery Status Conference Report.

Status of Case

Plaintiffs' September 20, 2018 Complaint alleges violation of 42 U.S.C. § 1983 and Wrongful Death under Cal. Civ. Proc. Code § 377.60 against the County of Fresno, Fresno County Sheriff's Office, and Doe Nos. 1-20 (collectively "Defendants"). Plaintiffs seek damages adequate to compensate for such alleged violations together with interest and costs as fixed by the Court. Plaintiffs also seek declaratory relief and/or an injunction to reform certain aspects of the Fresno

County Jail so that this tragedy is hopefully never experience by another family.

Defendant County of Fresno, which includes Fresno County Sheriff's Office, denies all liability for all claims asserted by Plaintiffs.

Plaintiffs and defendant have served and responded to written discovery.  Defendant has produced over 13,000 pages of documents, including nearly 1,000 photographs, several hours of video footage, and several hours of audio recordings.  Plaintiffs have produced 156 pages of documents and photographs.

School and employment records regarding Lorenzo Herrera have been subpoenaed.  Jail medical records were received through Plaintiffs' signed authorization.  Additional records relating to plaintiffs' claimed damages may be subpoenaed.

Pursuant to this Court's March 20, 2019 Order, Plaintiffs requested additional records relating to approximately 300 inmate grievances (including topics unrelated to this case such as food, jail maintenance, and inmate money).  Defendant produced the requested records.

Depositions

No depositions have been taken in this case. Defendant intends to take the plaintiffs' depositions, as well as family, friends, and associates of Lorenzo Herrera.  Plaintiffs intend to take the depositions of officers on duty at and around the time of Lorenzo's death, Fresno County and Fresno Sheriff's Office employees with decision-making authority and knowledge regarding staffing, classification, medical care, and applicable policies regarding the same at Fresno County Jail, and the County of Fresno pursuant to Fed. R. Civ. Proc. 30(b)(6).

Experts

Experts have not yet been disclosed in this case.  The parties intend to designate subject matter and damages experts.

Settlement

There have been no settlement demands made by Plaintiffs.

Homicide Investigation

Due to the diligent efforts of the Fresno Sheriff's Office homicide detective, one of the suspects has been arrested and charged with first degree murder. Suspect Alex Pacheco was

served with an arrest warrant on May 3, 2019.  On June 26, 2019 he was returned to the Fresno County Jail where he remains on $1,000,000 bail.  The plaintiffs have been advised of Pacheco's arrest.

Dated:  August 5, 2019                         WEAKLEY & ARENDT, PC


                                               By: /s/ James D. Weakley_____
                                                   James D. Weakley
                                                   James J. Arendt
                                                   Attorneys for Defendant
                                                   COUNTY OF FRESNO


Dated:  August 2, 2019                         MORRISON & FOERSTER LLP


                                               By: /s/ Alexis A. Amezcua  (As Authorized on 8/5/19)
                                                   Arturo J. González
                                                   Alexis A. Amezcua
                                                   David J. Wiener
                                                   Shaelyn K. Dawson
                                                   Camila A. Tapernoux
                                                   Attorneys for Plaintiffs
                                                   CARLOS HERRERA et al.