UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, et al.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01297-AWI-EPG<br><br>ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER IN PART<br><br>(ECF NO. 36) |

　　　　The parties filed a stipulation on October 31, 2019, to modify the scheduling order. (ECF No. 36.) The Court has considered the stipulation and approves it in part. To the extent the stipulation seeks a dispositive motion deadline of August 18, 2020, the stipulation is rejected; instead, the new dispositive motion filing deadline will be August 4, 2020. The stipulation is otherwise approved. Further, IT IS ORDERED that the pretrial conference is continued from October 14, 2020, until November 23, 2020, at 10:30 a.m. before the Honorable District Judge Anthony W. Ishii. The trial date shall remain January 12, 2021, at 8:30 a.m. in Courtroom 2 before the Honorable District Judge Anthony W. Ishii.

　　　　The Scheduling Order deadlines pursuant to the parties' stipulation and this Order are as follows:

| Event/Deadline | Existing Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | December 20, 2019 | February 18, 2020 |

1

| | | |
|---|---|---|
| Expert Witness Disclosure | January 31, 2020 | March 31, 2020 |
| Rebuttal Witness Disclosure | March 13, 2020 | May 12, 2020 |
| Expert Discovery Deadline | April 17, 2020 | June 16, 2020 |
| Dispositive Motion Deadline | June 19, 2020 | August 4, 2020 |
| Pretrial Conference | October 14, 2020 | November 23, 2020 |
| Trial Date | January 12, 2021 | January 12, 2021 (unchanged) |

IT IS SO ORDERED.

Dated: **November 4, 2019**  /s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE