UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AND HERRERA AND ANNA HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:18-cv-01297-AWI-EPG<br><br>ORDER GRANTING CONSENTED MOTION TO AMEND THE COMPLAINT<br><br>(ECF NO. 44) |

On February 13, 2020, Plaintiffs, Carola and Anna Herrera, filed a motion to amend the complaint in this matter to voluntarily strike paragraphs 7, 33, 34, 35, and 36(d). (ECF No. 44.) Defendants, the County of Fresno and Fresno County Sheriff's Office ("Defendants") consent to the motion. The Court finds good cause to allow leave to amend here. Accordingly, Plaintiffs' motion to amend is GRANTED and Plaintiffs are granted leave to file an amended complaint. The proposed amended complaint shall hereby be accepted for filing.

IT IS SO ORDERED.

Dated: **February 18, 2020**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1