|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CARLOS HERRERA et al., | Case No. 1:18-cv-01297-AWI-EPG |
|---|---|
| Plaintiff, | ORDER APPROVING, IN PART, STIPULATION TO MODIFY SCHEDULING ORDER |
| v. |  |
| COUNTY OF FRESNO, et al., | (ECF No. 42) |
| Defendants. |  |

The parties in this matter filed a stipulation to modify the scheduling order on February 5, 2020. (ECF No. 42.) The Court reviewed the proposed amended scheduling order and adopts same with modifications. Accordingly, IT IS ORDERED that the current scheduling order (ECF Nos. 18 & 37) is amended as follows:

| Event/Deadline | Existing Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | February 18, 2020 | June 5, 2020 |
| Expert Witness Disclosure | March 31, 2020 | July 3, 2020 |
| Rebuttal Witness Disclosure | May 12, 2020 | July 31, 2020 |
| Expert Discovery Deadline | June 16, 2020 | August 31, 2020 |
| Dispositive Motion Deadline (filing) | August 4, 2020 | October 5, 2020 |

1

| Pretrial Conference | November 23, 2020 | January 12, 2021 |
| Trial | January 12, 2021 | March 8, 2021 |

IT IS SO ORDERED.

Dated: **February 18, 2020**　　　　/s/ Eric P. Gross

UNITED STATES MAGISTRATE JUDGE

2