ARTURO J. GONZÁLEZ (Bar No. 121490)
AGonzalez@mofo.com
ALEXIS A. AMEZCUA (Bar No. 247507)
AAmezcua@mofo.com
SHAELYN DAWSON (Bar No. 288278)
ShaelynDawson@mofo.com
DAVID J. WIENER (Bar No. 291659)
DWiener@mofo.com
CAMILA A. TAPERNOUX (Bar No. 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs

JAMES D. WEAKLEY (Bar No. 082853)
Jim@walaw-fresno.com
JAMES J. ARENDT (Bar No. 142937)
James@walaw-fresno.com
WEAKLEY & ARENDT
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559.221.5256
Facsimile: 559.221.5262

Attorneys for Defendant
County of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF FRESNO, et al., <br><br> Defendants. | CASE NO. 1:18-cv-01297-AWI-EPG <br><br> JOINT STATUS REPORT <br><br> Further Status Conference: June 8, 2020 <br> Trial: January 12, 2021 |

Pursuant to the Court's February 18, 2020 Minute Order, Plaintiffs Carlos Herrera and Anna Herrera and Defendants County of Fresno and Fresno County Sheriff's Office respectfully submit this Joint Status Report.

Status of Case

Plaintiffs' September 20, 2018 Complaint alleges violation of 42 U.S.C. § 1983 and Wrongful Death under Cal. Civ. Proc. Code § 377.60 against the County of Fresno, Fresno County Sheriff's Office, and Doe Nos. 1-20 (collectively "Defendants"). Plaintiffs amended their Complaint on February 13, 2020, removing certain allegations regarding Lorenzo's head injury. Plaintiffs seek damages adequate to compensate for the alleged violations together with interest and costs as fixed

by the Court. Plaintiffs also seek declaratory relief and/or an injunction to reform certain aspects of the Fresno County Jail so that this tragedy is hopefully never experience by another family.

Defendant County of Fresno, which includes Fresno County Sheriff's Office, denies all liability for all claims asserted by Plaintiffs.

Written Discovery

Plaintiffs and defendant have served and responded to written discovery. Defendant has produced over 13,000 pages of documents, including nearly 1,000 photographs, several hours of video footage, and several hours of audio recordings. Plaintiffs have produced 156 pages of documents and photographs.

School and employment records regarding Lorenzo Herrera have been subpoenaed. Jail medical records were received through Plaintiffs' signed authorization.

Pursuant to this Court's March 20, 2019 Order, Plaintiffs requested additional records relating to approximately 300 inmate grievances (including topics unrelated to this case such as food, jail maintenance, and inmate money). Defendant produced the requested records.

Depositions

Defendant took the depositions of Carlos Herrera and Anna Herrera in January 2020. Plaintiffs took the depositions of Correctional Officers Vannak Soun in his personal capacity and Joe Papagni as a 30(b)(6) designee on a single topic related to the discontinuation of an administrative segregation order in May 2020. Officer Papagni was insufficiently prepared to testify regarding the topic on which he was designated, and Defendant has agreed to make another witness available to testify on that topic. This witness is unavailable until mid-June, which is after the current close of fact discovery on June 5, 2020. Accordingly, the parties are filing herewith a stipulation to continue the fact discovery deadline to accommodate this deposition, as well as two to three additional depositions that Plaintiffs have requested but that have not yet been scheduled.

Experts

Experts have not yet been disclosed in this case. The parties intend to designate subject matter and damages experts.

Settlement

The parties intend to discuss settlement after non-expert depositions have been completed.

Dated:  June 1, 2020				WEAKLEY & ARENDT, PC


						By: /s/ James D. Weakley as authorized 6/1/20
						     James D. Weakley
						     James J. Arendt
						     Attorneys for Defendant
						     COUNTY OF FRESNO


Dated:  June 1, 2020				MORRISON & FOERSTER LLP


						By: /s/ Arturo J. González
						     Arturo J. González
						     Alexis A. Amezcua
						     David J. Wiener
						     Shaelyn K. Dawson
						     Camila A. Tapernoux
						     Attorneys for Plaintiffs
						     CARLOS HERRERA et al.