UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARLOS HERRERA AND ANNA HERRERA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S OFFICE, AND DOES 1 THROUGH 20,<br><br>                    Defendants. | Case No.    1:18-cv-01297-AWI-EPG<br><br>**ORDER TO MODIFY SCHEDULING ORDER** |

On June 1, 2020 the Parties filed a stipulation to modify the scheduling order in this matter. (ECF No. 50). Based on the stipulation, and good cause appearing, it is hereby ordered that all dates and deadlines may be continued as follows:

| Event / Deadline | Stipulated Date |
|---|---|
| Non-Expert Discovery Deadline | July 6, 2020 |
| Expert Witness Disclosure | July 31, 2020 |
| Rebuttal Witness Disclosure | August 14, 2020 |
| Expert Discovery Deadline | September 4, 2020 |
| Dispositive Motion Deadline (filing) | October 5, 2020 (unchanged) |
| Pretrial Conference | January 12, 2021 (unchanged) |
| Trial | March 9, 2021 (unchanged) |

IT IS SO ORDERED.

Dated:   **June 1, 2020**                        /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE