**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS HERRERA, et al. | CASE NO. 1:18-cv-01297-AWI-EPG |
| Plaintiffs, | ORDER TO MODIFY SCHEDULING ORDER |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 54) |
| Defendants. | |

On July 10, 2020, the parties filed a joint stipulation to modify the scheduling order. (ECF No. 54). While this order grants most of the stipulated new dates, the pretrial conference and trial were moved to accommodate the Court's calendar.

//

//

//

//

//

//

1

It is HEREBY ORDERED that the following dates and deadlines on the current scheduling order (ECF No. 51) are modified as follows:

| Event / Deadline | New Date |
| --- | --- |
| Non-Expert Discovery Deadline | 9/4/2020 |
| Expert Disclosure Deadline | 10/19/2020 |
| Rebuttal Expert Disclosure Deadline | 11/9/2020 |
| Expert Discovery Deadline | 11/23/2020 |
| Dispositive Motion Deadline (filing) | 1/11/2021 |
| Pretrial Conference | 4/21/2021 at 11:30 a.m. |
| Trial | 6/22/2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **July 10, 2020**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2